IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SONY INTERACTIVE ENTERTAINMENT LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**A1SQ0GU2H9VG4I,** *et al.*,<br><br>*Defendants.* | **SEALED**<br>Civil Action No. 1:25-cv-05283-SDG |

**PLAINTIFF'S MOTION TO LIFT SEAL AND**
**MEMORANDUM OF LAW IN SUPPORT**

Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby respectfully moves for entry of an order lifting the seal previously imposed by the Court on September 16, 2025, in its Order Granting Plaintiff's Motion for Leave to File Under Seal. [Dkt. 5.]  In support of this motion, Plaintiff relies on the following analysis.

On September 16, 2025, Plaintiff filed its Motion for Leave to File Under Seal seeking an order granting Plaintiff leave to file its summonses, complaint, Motion for *Ex Parte* Temporary Restraining Order, Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3), supporting memoranda, supporting declarations, and proposed orders under seal (the "Motion"). The Motion was necessary to avoid alerting Defendants to the existence of this lawsuit and affording them an opportunity to evade the TRO and liability for

1

their infringing conduct. Now that all Defendants have been served with process and the TRO and the relevant Platforms and Financial Institutions have implemented the required asset freeze, the foregoing risk has been mitigated. As such, the proceedings can now be made public.

WHEREFORE, Plaintiff hereby respectfully requests the Court grant the instant Motion to Lift Seal and enter an order lifting the seal on this case. A proposed order is attached for the Court's convenience.

Dated: October 16, 2025.

Respectfully submitted,

*s/ Jason H. Cooper*
Amy C. Ziegler
Ga. Bar No. 676426
E-mail: aziegler@gbc.law
Justin R. Gaudio
Ga. Bar No. 434363
E-Mail: jgaudio@gbc.law

200 West Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
Facsimile: 312-360-9315
GREER, BURNS & CRAIN, LTD.

Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive

> Atlanta, GA 30318
> Telephone: (404) 252-0900
> Facsimile: (404) 252-0970
> THE SLADKUS LAW GROUP
>
> ***Attorneys for Plaintiff***

## CERTIFICATE OF FONT & SIZE SELECTION

Pursuant to LR 7. 1(D), I certify that this paper was prepared with one of the font and point selections approved by the Court in LR 5.1(B).

<u>*s/ Jason H. Cooper*</u>
Jason H. Cooper
