IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SONY INTERACTIVE ENTERTAINMENT LLC,** *Plaintiff,* v. **A1SQ0GU2H9VG4I,** *et al.,* *Defendants.* | **SEALED** Civil Action No. 1:25-cv-05283-SDG |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. BIKANZO
2. DragonDesignGifts
3. Fahrendom
4. Laifzere
5. MagicArtwork
6. Martial Erts
7. Peak warehouse
8. Pictorio Wall Art

1

9. Tiling House

10. Yoakiet

11. Zikako

12. coolcogo

13. coolgobuy18

14. diysportshop8

15. Eshopfine

16. eshopus1

17. estoau8

18. YOZH80

Dated: October 16, 2025.

                                        Respectfully submitted,

                                        *s/ Jason H. Cooper*
                                        Amy C. Ziegler
                                        Ga. Bar No. 676426
                                        E-mail: aziegler@gbc.law
                                        Justin R. Gaudio
                                        Ga. Bar No. 434363
                                        E-Mail: jgaudio@gbc.law

                                        200 West Madison Street, Suite 2100
                                        Chicago, Illinois 60606
                                        Telephone: 312-360-0080
                                        Facsimile: 312-360-9315
                                        GREER, BURNS & CRAIN, LTD.

                                        Carrie A. Hanlon
                                        Ga. Bar No. 289725

E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
THE SLADKUS LAW GROUP

***Attorneys for Plaintiff***