# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SONY INTERACTIVE ENTERTAINMENT LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**A1SQ0GU2H9VG4I,** *et al.*,<br><br>*Defendants*. | Civil Action<br>No. 1:25-cv-05283-SDG |

## NOTICE OF DEFENDANT NOT COVERED BY TRO

As requested by the Court during the hearing held on October 21, 2025, the following is a list of named Defendants not covered by the previously entered Temporary Restraining Order [D.I. 12] (also referenced to as the "copyright-only Defendants"):

1. Beautiful young soldier,
2. bowenkeji,
3. DodelyGz,
4. Haohushi,
5. JinChao Nest,
6. JUAN store,
7. liqingying,
8. liuziming-Inc,

9. qian duoduo168,

10. ROKENDEN,

11. StreetTeeVibe;

12. wuhanshimenghuochongshangmao,

13. wuyangxianyoushangshangmao,

14. xinhuaxianrongyangshang,

15. Yang Fei,

16. YuanJianJun SHOP,

17. YuKeRun, and

18. Zhangshixiong.

Dated: October 21, 2025.

Respectfully submitted,

*s/ Carrie A. Hanlon*
Amy C. Ziegler
Ga. Bar No. 676426
E-mail: aziegler@gbc.law
Justin R. Gaudio
Ga. Bar No. 434363
E-Mail: jgaudio@gbc.law

200 West Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
Facsimile: 312-360-9315
GREER, BURNS & CRAIN, LTD.

Carrie A. Hanlon
Ga. Bar No. 289725

E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
THE SLADKUS LAW GROUP

***Attorneys for Plaintiff***