# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SONY INTERACTIVE ENTERTAINMENT LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**A1SQ0GU2H9VG4I,** *et al.*,<br><br>Defendants. | Civil Action No.<br>1:25-cv-5283-SDG |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sony Interactive Entertainment LLC hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Batant store
2. feibingmaoyi
3. FORMRS
4. HIESGIE
5. Koliocaa Store
6. KTSIM
7. PLAO
8. R HORSE

9. RIGHTA TECH

10. SJCustomization

11. tangyiping123

12. TOMOPE

13. xiangtingjiafang

14. XYHTSM

15. YJinYJSTY

16. zaaprintblanket

17. ZENXUS

18. 1616-Sixteen

19. 57 Car Store

20. 63-Store

21. 67-67-67

22. HAHA-22

23. Happy Forty-six

24. ivaluebuy99

25. jiecana630

26. L-ily 99

27. Loop Mine

28. shop-pin

29. topsgeek

30. xiake309

31. xspar

32. shaojianghao123

33. DodelyGz

34. PerftHat

Dated this 30th day of October 2025.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Ga. Bar No. 676426
E-mail: aziegler@gbc.law
Justin R. Gaudio
Ga. Bar No. 434363
E-Mail: jgaudio@gbc.law

200 West Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
Facsimile: 312-360-9315
GREER, BURNS & CRAIN, LTD.

Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
THE SLADKUS LAW GROUP

***Attorneys for Plaintiff***